Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Leslie Kay Wasson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LESLIE KAY WASSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:13-cv-01320-SAB<br><br>STIPULATION AND PROPOSED ORDER FOR DISMISSAL |

　　　TO THE HONORABLE STANLEY A. BOONE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

　　　IT IS HEREBY STIPULATED by and between Leslie Kay Wasson ("Plaintiff") and Carolyn W. Colvin as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses.  The parties enter into this stipulation

pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: March 21, 2014            Respectfully submitted,

                                        LAW OFFICES OF LAWRENCE D. ROHLFING

                                        /s/ *Young Cho*
                        BY:_____
                                        Young Cho
                                        Attorney for plaintiff Leslie Kay Wasson

DATE: March 21, 2014            BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ *Armand D. Roth*
                                        _____
                                        Armand D. Roth
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant Carolyn W. Colvin,
                                        Acting Commissioner of Social Security
                                        (Per e-mail authorization)

**ORDER**

IT IS SO ORDERED.

  Dated:   **March 24, 2014**                          _____
                                                        UNITED STATES MAGISTRATE JUDGE